THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent, *v.* CHARLES A. NEWMAN, Appellant.

*Equitable Trust Co. of N. Y.* v. *Newman*, 146 App. Div. 953, affirmed.

(Argued December 4, 1913; decided April 14, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1911, which reversed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of plaintiff entered upon a verdict, and affirmed said City Court judgment in an action to recover upon a premium note.

*Max L. Schallek* and *Joseph M. Herzberg* for appellant.

*Robert E. McLear* and *Herbert G. McLear* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Dissenting: HOGAN, J. Not sitting: MILLER, J.